```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF VIRGINIA

                         Alexandria Division


VIRGINIA ELECTRIC AND POWER    )
COMPANY                        )
                               )
     Plaintiff,                )
                               )
        v.                     )
                               )      1:09cv1149 (JCC)
COMCAST OF VIRGINIA, INC.,     )
et al.,                        )
                               )
     Defendants.               )
```

**O R D E R**

This matter is before the Court on Defendants Comcast of Virginia, Inc., Comcast Phone of Virginia, LLC., Comcast Phone of Northern Virginia, Inc., Comcast IP Phone, LLC., Comcast IP Phone II, LLC., and Comcast Business Communications of Virginia, LLC.'s (collectively, "Defendants'" or "Comcast's ") Motion to Dismiss for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) or, in the Alternative, Motion to Stay Proceedings.  [Dkt. 9.]  For the reasons stated in the accompanying Memorandum Opinion it is hereby ORDERED:

    (1)  Defendants' Motion to Dismiss [9] is GRANTED;

   (2) Counts One & Three are dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of federal jurisdiction under 28 U.S.C. § 1331;

   (3) this Court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367, over Count Two (Breach of Contract), Count Four (Trespass), and Count Five (Implied Contract and Unjust Enrichment), and they are accordingly dismissed without prejudice; accordingly,

   (4) the alternative Motion to Stay [9] is DENIED; and,

   (5) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

   THIS ORDER IS FINAL.

 

March 8, 2010             James C. Cacheris
Alexandria, Virginia      UNITED STATES DISTRICT COURT JUDGE